UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

JERON GASKIN,

       Defendant(s).
_____/

NO. 11-20178-1
HON. PATRICK J. DUGGAN

ORDER GRANTING MOTION TO WITHDRAW
AND TO APPOINT NEW COUNSEL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on July 19, 2011.

This matter is before the Court on Oral Motion to Withdraw as counsel for defendant by Kimberly Stout and to appoint new counsel for defendant; therefore;

IT IS ORDERED that the Motion to Withdraw as counsel defendant and to appoint new counsel for Defendant be and the same is hereby GRANTED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: July 19, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 19, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager