UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 11-20178-1

UNITED STATES OF AMERICA,

-V-

JERON GASKIN,

_____/

ORDER DENYING MOTION TO SET ASIDE DETENTION ORDER

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on August 24, 2011.

This matter is before the Court on Defendant's Motion to Set Aside Detention Order and for Bond Hearing. For the reasons stated on the record on August 24, 2011;

IT IS ORDERED that the Motion to Set Aside Detention Order be and the same is hereby DENIED.

IT IS FURTHER ORDERED that defendant shall have no contact with co-defendants.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 24, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager